IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01681-CMA-BNB

MICHAEL J. URNESS,

Plaintiff,

v.

SIBLING ENTERTAINMENT GROUP, INC., a New York corporation,
MITCHELL MAXWELL, an individual,
JAMES CARDWELL, an individual,
RICHARD BERNSTEIN, an individual, and
DOES 1 through 10, inclusive,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning pursuant to my minute order [Doc. # 12] as amended

[Doc. # 14] for a hearing on the issue of whether the plaintiff should be afforded the procedural

advantages and leniency normally afforded to pro se litigants in view of allegations that a lawyer

was ghost writing the plaintiff's pleadings.  At the hearing, Michael J. Tarutis, a lawyer and a

member of the bar of this court, stated that he will enter an appearance on behalf of the plaintiff.

IT IS ORDERED that Michael J. Tarutis shall enter his appearance as plaintiff's counsel

by December 1, 2009, at 5:00 p.m.

IT IS FURTHER ORDERED that the plaintiff shall file a motion to amend the complaint,

if at all, on or before **December 18, 2009**.

Dated December 1, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge