IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01681-CMA-BNB

MICHAEL J. URNESS,

Plaintiff,

v.

SIBLING ENTERTAINMENT GROUP, INC., a New York corporation,
MITCHELL MAXWELL, an individual,
JAMES CARDWELL, an individual,
RICHARD BERNSTEIN, an individual, and
DOES 1 through 10, inclusive,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

1. **Motion for Leave to Amend Complaint** [Doc. #18], filed by the plaintiff on December 18, 2009; and

2. **Defendants' Motion to Dismiss** [Doc. #6, filed 11/06/2008].

The plaintiff seeks leave to file an Amended Complaint, which the defendants do not oppose. Because the Defendants' Motion to Dismiss is directed to the initial Complaint, it is denied without prejudice, subject to reassertion if necessary after the Amended Complaint is filed. Accordingly,

IT IS ORDERED that the plaintiff's Motion for Leave to Amend Complaint is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept for filing the plaintiff's Amended Complaint [Doc. #18-2].

IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

Dated January 14, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge