IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01681-CMA-BNB

MICHAEL J. URNESS,

    Plaintiff,

v.

SIBLING ENTERTAINMENT GROUP, INC., a New York corporation,
MITCHELL MAXWELL, an individual,
JAMES CARDWELL, an individual,
RICHARD BERNSTEIN, an individual, and
DOES 1 through 10, inclusive,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 2, 2010 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the September 2, 2010 Recommendation by the United States Magistrate Judge. (Doc. # 29.) The Magistrate Judge recommended that "Defendants' Motion to Dismiss Plaintiff's Amended Securities Fraud and Fraud Claims" (Doc. # 24) be granted and that Claims Two and Three of the Amended Complaint be dismissed with prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (Doc. # 29 at 9.) Despite this advisement, no objections to the Magistrate Judge's

Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's analyses and recommendations are correct and that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note. Therefore, the Court ADOPTS the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 29), filed September 2, 2010, is ACCEPTED, and, for the reasons cited therein, "Defendants' Motion to Dismiss Plaintiff's Amended Securities Fraud and Fraud Claims" (Doc. # 24) is GRANTED. Plaintiff's securities fraud and fraud claims, Claims Two and Three of the Amended Complaint, are DISMISSED WITH PREJUDICE. Plaintiff's Claims One and Four remain.

DATED: September __23__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge