**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01681-CMA-BNB

MICHAEL J. URNESS,

    Plaintiff,

v.

SIBLING ENTERTAINMENT GROUP, INC., a New York corporation,
MITCHELL MAXWELL, an individual,
JAMES CARDWELL, an individual,
RICHARD BERNSTEIN, an individual, and
DOES 1 through 10, inclusive,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Joint Stipulation To Dismiss With Prejudice (Doc. # 35). The Court having considered the Joint Stipulation To Dismiss, and pursuant to Fed. R. Civ. P. 41(a), it is hereby

ORDERED that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorney fees and costs.

DATED: October __19__, 2010

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Court